

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00725-CV

**IN RE CB RESTAURANTS, INC.** d/b/a Sugars, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: December 23, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On October 24, 2024, Relator, CB Restaurants, Inc., filed a petition for writ of mandamus. After considering the petition and record in this case, the court concludes Relator is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023CI25937, styled *Elizabeth Martinez and Julian Silva, Individually, as wrongful death beneficiaries, and on behalf of the Estate of Cary Silva, and Lindsay Shanahan, as next friend of J.S. and L.S., minor children v. CB Restaurants, Inc. d/b/a Sugars and Thirsty's Spot SA LLC d/b/a Thirsty's SA*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.